E-FILED
Wednesday, 23 February, 2022 09:17:19 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Qwanell Jones,

Plaintiff

vs.

Ronda V. Guyton
Jones
Aireal Cruz
Hanna Copeland
Patricia Eddleman
Carrie Roe
Jana Huston
Madelozzo

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

FILED
FEB 22 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[✓] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Qwanell-Superior Jones

Prison Identification Number: 2105079

Current address: 301 N. Maxwell Rd. Peoria Il 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Ronda Y Guyton

Current Job Title: Correctional Superintendent

Current Work Address: 301 N. Maxwell Rd Peoria Il 61604

Defendant #2:

Full Name: Sgt Jones

Current Job Title: Court Document officer

Current Work Address: 301 N. Maxwell Rd Peoria Il 61604

Defendant #3:

Full Name: Angel Cruz

Current Job Title: Religious Coordinator

Current Work Address: 301 N. Maxwell Rd
Peoria Il 61604

Defendant #4:

Full Name: Hanna Copeland

Current Job Title: Nurse

Current Work Address: 301 N. Maxwell Rd
Peoria Il 61604

Defendant #5:

Full Name: Patricia Eddleman

Current Job Title: Nurse Head Supervisor

Current Work Address: 301 N. Maxwell Rd
Peoria Il 61604

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☑

3

DEFENDANT #6
Full Name: Carrie Roe
Current Job Title: Nurse Practioner
Current Work Address: 301 N. Maxwell Rd Peoria Il 61604

DEFENDANT #7
Full Name: Jana Houston
Current Job Title: Nurse Practioner
Current Work Address: 301 N. Maxwell Rd Peoria Il 61604

DEFENDANT #8
Full Name: Maddleozzo
Current Job Title:
Current Work Address: 301 N. Maxwell Rd. Peoria Il 61604

DEFENDANT #9
Full Name: Biegelion
Current Job Title: Employee of Peoria County Jail
Current Work Address: 301 N. Maxwell Rd. Peoria Il 61604

DEFENDANT #10
Full Name: Anderson
Current Job Title: Employee of Peoria County Jail
Current Work Address: 301 N. Maxwell Rd. Peoria Il 61604

DEFENDANT #11
Full Name: Muez
Current Job Title: Employee of Peoria County Jail
Current Work Address: 301 N. Maxwell Rd. Peoria Il 61604

**DEFENDANT #12**
Full Name: Downing
Current Job Title: Employee of Peoria County Jail
Current Work Address: 301 N. Maxwell Rd. Peoria County Jail

**DEFENDANT #13**
Full Name: Creamer
Current Job Title: Employee of Peoria County Jail
Current Work Address: 301 N. Maxwell Rd. Peoria County Jail

**DEFENDANT #14**
Full Name: Blunting
Current Job Title: Employee of Peoria County Jail
Current Work Address: 301 N. Maxwell Rd. Peoria County Jail

**DEFENDANT #15**
Full Name: Strong
Current Job Title: Employee of Peoria County Jail
Current Work Address: 301 N. Maxwell Rd. Peoria County Jail

**DEFENDANT #16**
Full Name: Brian Asbell
Current Job Title: Sheriff Peoria County
Current work address: 301 North Maxwell St Peoria IL 61604

**DEFENDANT #17**
Full Name: Carmisha Turner
Current Job Title: Assistant Jail Admin.
Current work address: 301 Northmaxwell Rd Peoria IL 61604

**DEFENDANT #18**
Full Name: Andrew A. Rand
Current Job Title: County board chairman
Current work address: 324 Main St suite 502 Peoria Il 61602

**DEFENDANT #19**
Full Name: Katherine S. Gorman
Current Job Title: Resident Judge/chief Judge
Current work address: 324 Main St Room 215 Peoria Il 61602

**DEFENDANT #20**
Full Name: Lt. Hart
Current Job Title: Employee at Peoria County Jail/Lt.
Current Work Address: 301 N. Maxwell Rd Peoria Il 61604

**DEFENDANT #21**
Full Name: Morrison
Current Job Title: Employee at Peoria County Jail
Current Work Address: 301 North Maxwell Rd Peoria Il 61604

**DEFENDANT #22**
Full Name: Allen
Current Job Title: Employee at Peoria County Jail
Current Work Address: 301 N. Maxwell Rd Peoria Il 61604

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?  Yes ☐  No ☑

1 (Plaintiff) wrote multiple requests to exhaust remedies & was denied to exhaust remedies

4

# V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Peoria County Jail___

Date(s) of the occurrence _____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Rhonda V Guyton (Correctional Superintendent) controls how facility is secure & safe & run accordingly to "Rules & Regulations" policies. County Jail Inspection checklist along with Sheriff Brian Asbell, Jail Administrator Carmisha Turner, Andrew A Rand, Katherine S Gorman enforce Administrat. Personal, Records, as well as procedures, clothing, grooming, hygiene, sanitation, safety, commissary, recreation etc. The named above are to insure requirements are met & satisfied. INMATE Handbook Section 1 - (1) Introduction - "Rules & Regulations will be observed by inmates to secure · Safe custody · Acceptable Living Conditions · Fair Treatment · Jail Security · Reasonable Conditions.

Section 3 Inmate Work Assignment Rule - Are able to meet health requirements (B) Ecology - ecology crew members & tenders are expected to follow the rules & regulations set forth by the facility as well as special guidelines pertain to their particular status All the above are satisfied, & forced to seem as if standards are met with in Illinois Department of Corrections. 730 ILCS 5/3-15-2(b) they have removed them from public view online in Feb 2022

5

(claim 1)
- <u>Ventilation System</u> hasn't been cleaned, exposing & polluting the air surrounding plaintiff to dust filled air with hair, dead skin, rust, mold, nats, spiders, insects coming from ventilation & drains. Shower area is high risk of respiratory & exposion, due to bad maintance/no maintenance duties. Shower walls & corners contain "blood, human species -urine, waste- mold, insects coming from drain, living in the shower are. Shower gets clogged all the time due to build up from sewage the last back up of sewage came from all drains Feb 3rd & exposed not only "plaintiff" but other individuals as well. Maintenance only cleaned hallways. I asked for bleach or disinfectant & was denied by superintendent & employees. The day before there was leaking (Feb 2nd) from ventilation & cieling of county jail. There was a safety hazard exposing 'plaintiff' to bacteria. Employees arent giving proper cleaning supplies to maintain proper "Healthy Living Conditions" as stated.
- <u>LAUNDRY</u> "will be issued "twice" a week which is false December 2021 laundry the entire month came maybe 3-4 time. Jan 2022 was "twice" in the entire month. Jan 31st between 1-3am in the morning after I put in a grievance laundry was issued. Lt. Hart & C.O. Morrison gave "plaintiff" dirty laundry, jumpsuit smelled like urine body odor, feet, waste. Sheets contained blood stains dirty spots, grayish green smears & strong odor from not being washed. When laundry is passed out plaintiff recieved "one towel, one pair of socks, one bed sheet

6

& no wash cloth" facility does not have personal laundry for "plaintiff" or others facilitated/housed in Peoria County Jail, which does not co-inside with Healthy Living Conditions. Plaintiff is forced to handwash in sink or however accessible at the time with soap bar from commissary. Linens issued arent properly washed & end in an irritation to the outter skin/external area of the body. The Mattress (Bed)ing arent properly cleaned or prepped for suitable use, in a continued struggle to issue them to inmates coming in or & out of Peoria County Jail. Mattresses have no label or tag on them from date of distribution or legal purposes, which is illegal for one. They arent cleaned, disinfected or sanitized upon re-usage to "new" inmates, just thrown in a pile as inmates go home, to be picked right back to new detainees. Bad mattress are torn, with cotton coming out of them making them thinner than what they are, mattresses having signs of mold, mold, urine stains (gold/yellowish) lice, crabs, scabies, or bed bugs from living conditions of receiving dirty laundry & unsanitary bed mattress, not only this but other reasons as well inspired irritated skin which led to medical treatment cream. Due to toilet having corrosion & mold build up I've got rashes & irritation around my rectum area. I wrote a grievance about the toilets & living conditions & was told it meets Illinois requirements which is another false statement, these living conditions are unacceptable to any decent human being.

(claim 2)

Upon my 1st few days arriving, I've made aware of my back complications, specifically my lower back to my butt bone & have signed & submitted my medical records from previous hospitals, chiropractor & physical therapists as well from other countries. I had an work related accident in 2018 & done & took the following procedures as well as muscle relaxers all the way up until my incarceration. Nov 27th I've requested medical help/assistance & was seen by Hanna Copeland who informed me she put in for my medical records & I was given Ibprouphen for 7 days I was told I would be, I was then charged for tylenol pertaining to the same problem. I've explained in detail on more then one occasion the seriousness of my condition, numbness from lower back to my feet & muscle spasms occur everyday. Every morning I have to fight the pain to get out of bed like a sharp knife pain in a stabbing sensation to my lower almost affecting my entire back, which all occurs from my back incident in Oct 2018. I requested to be seen again for the same issues multiple times at least one or two times a week expressing that the medication is not working. I then am seen by Carrie Orce & doctor & was told my medical records have not came & she will put in for them again, & prescribed me more Ibprouphen because she could not do more then so, without any reasoning at all. I've even asked for an extra matt to subside the pain that I am going through & was surely denied. Nothing being done for my medical problems by staff I put in the following week, time again, same results.
In between writing a grievance I've spoke with Patricia Eddleman (Head Nurse Supervisor) I was informed I could not get

any "real" medical assistance because the company switch with health care & could not get medication needed or extra matt. & the following week I would be seen. I asked for my medical records & were told there were/are malfunctions due to new company she had none to give me & if did the "printer" "fax machine" was down to that specific office, but dosen't mean none of them worked, just that one. I dont know whos to blame her, the facility or the company, but everything should be up to date & functioning accordingly.

I still have my back problems; stiffness & sharp pain when I wake up, & have problems getting out of bed & still putting in the kiosk to see medical staff for umpteenth time since arriving to Peoria. Was seen Nov 20th by Nurse Practioner Jana Houston & she spoke with me of my concerns maybe 3min max after half of that time & me speaking & explaining my condition & pain she abruptly stopped me there is nothing I can do or will do for my back pain & I am getting enough for my back pain & said "quit putting in for the same thing, we're not doing anything else for you, we are done here" & rushing me away rudely stopping me from speaking. I asked will I get my medical record she said "No!" I asked for her name & she lied, & gave me another medical staff's "nickname" which she called her self "Trish" & wearing Patricia's nametag. Misleading any one who asks for identification. Fraud being committed.

Medical staff/negligent nurses; the mentioned above have neglected their duties & their oaths & mal practice, without correcting the errors over a timely period.

(claim 3)

I arrived to Peoria County in the pretence set for trial on the 29th of November, 2021. I've arrived 4 days prior this time. With no access to an law library, I was in receiving 'room' Nov 25th - Dec 15th, before & after my trial in between time. I stressed it over & over to every C.O that worked 1st & 2nd shift, that I was going to trial or just finished trial & was not prepared for trial for these reasons & me a Sour trial. I was trying to study & prepare an proper defense, to study any & everything. I've told everyone I was Propria Persona Pro se, - representing myself. My pleas went excused & ignored, submitting to trial & end result inevitably being found guilty, with no proper legal support or studying. The correctional officers at that time that I've asked were. Blunt, Anderson, Davis, Strong, Madelozzo, Creamer, Riegelien, Pompa, Munez, Downing, Asilen, Sgt Jones, Ronda Guyton.
I've made request on kiosk of my not going to law library & getting lied to & swindled to believe there is no library. Nov 26th I asked Maddelozzo to go to the law library & he said "I dont know what that is, I dont believe we have that here, I never heard of it" Even now dates I can remember, as of recently because I have not yet gone to the law library. Strong denied me Jan 17th, he all out ignored me. Jan 10th I asked Creamer & was denied that was the last time I asked him. Jan 19th Pompa never came back to get me or maybe in all forgot, denying me access to the law library.
The correctional officers that are employed here by Peoria County Jail have no order or design in anything that they do

from a routined law library hot for those who are eligible or want to go - all the way to simply organizing commissary & for filling the duties & obligations to make sure orders are successfully done. These officers denied me access to the law library as an Propria Persona litigant without proper excuse or reason. This is reason to believe that their actions were willful & knowingly & why I was unprepared for trial & even now late Jan. to properly file for a reconsideration of order/new trial - to challenge the guilty verdict, over turn the courts decision. They have delayed & hendered my remedies to exhaust with the courts. This facility & its staffs are lack due process & need to practice due diligence. There is no order or structure.
(Claim 4)

I've also submitted for an prayer blanket, made an request & a grievance supporting the fact to exercise my religious belief & the hendering of its practice to my fullest belief. I've also asked for an alternative, to substitute as an prayer rug, maybe an nother blanket or even an towel to use as an cushion as I salat I only have of each, in use for simple living necessities as given in Peoria County Jail.

I was denied by Angel Cruz (Religious Coordinator) & Ronda Gayte which is a violation of my constitutional rights. I will also be participating in Ramadan & should be served as well as any other Islamic practicer, a decent meal the same as the days scheduled hot &/or cold trays/fruit with an cold drink, after the sun goes down. This is an very serious event in the Islamic community & shall be prepared accordingly. I have gave warning & none have answered nor remedy seeked.

(Claim 5)
Commissary has been an issue & I usually do not complain but the actions of this county has been untolerable & money has gone missing or items substituted for others on more then one occassion. Jan 3 2022, I didnt recieve (2) honey buns (1) Lays hot buffalo wing but recieved (1) Flaming hot cheetos in substitute with the order & commissary was missing a few things Feb 7 2022, I recieved (8) Jalapeno cruncher chips & I ordered 0. I complained to Modolorso & he told me "I dont give a fuck hot you do commissary isnt here, write it on kiosk" & which I did have not got refunded back yet. All commissary orders pursuant Section (3) in inmate handbook says commissary will be ordered & signed at bottom as reciept initiating order has been given, no slip has been signed by "plaintiff"

(Claim 6)
Jan 27th an incident with C.O. Allen caused plaintiff to contact PREA. On above date "Plaintiff" asked for "copies" for legal work & Allen took them, & left he did rounds never coming back with original or copies "Plaintiff" asked for "copies" & original legal papers back. Allen returned with half of papers ripped up with an arrogant smile "plaintiff" took them bewildered & shocked asked what happened? Allen then said the copier "ripped them" "Plaintiff" didnt say anything but looked over damaged legal work & said "that dosent make sense" & he (Allen) slammed the door. "Plaintiff" then noticed the papers were missing he pressed the emergency button & asked for help, asking for other sheets of paper. Allen came back with papers in his hand & muttered something & as he handed back papers told "Plaintiff" to "suck

his cock" left "Plaintiff" confused & scared for the safety of his being. The legal work handed over was an claim in another county involving an police officer nothing to do with this county. So plaintiff was confused & did not know who to call the Prea number is not on any deck for anyone who is harrassed to use or call. I later called Prea the following week after continuace harrasment. Allen continues to come around & mess with me for any reason, even came in my cell one time messing with personal belongings & property, legal work. Feb 7th I called Prea & made a request to C. Turner about incident & conduct there has been any proper investigation as said in inmate handbook Sec 2.

(Claim 7)

Transportation from County to courthouse in vans, the vans are not cleaned or sanitized in between transport from detoxed detainees to DUI overnighters. Facility also cuffs federal inmates not only hands but feet as well. The isolation in the van is metallic with no restraints to hold on to as vehicle is moving. & the space is cramped & pitch black with no lights nor any windows, the mental health for anyone would be disturbed as well as physical. If there were an accident no one inside could get out or be seen from the outside to notice any injury It is a very very disturbing to any human being. Its inhumane & should not be discarded. Even while incarcerated we are due some type of liberty. To be transported from one destination to the next in pitch black was one of the most disturbing compeling things I've ever encountered under threat, duress & coercin.

# RELIEF REQUESTED

(State what relief you want from the court.)

Bonda Y Guyton 100,000 thousand dollars (INDIVIDUALLY / OFFICIALLY CAPACITIES)
Carmisha Turner 100,000 thousand dollars (Individually / OFFICIALLY capacities)
Brian Asbell 100,000 thousand dollars (Individually / OFFICIALLY CAPACITIES)
Andrew A. Rand 100,000 thousand dollars (Individually / OFFICIALLY capacities)
Katherine S. Gorman 100,000 thousand dollars (Individually / Officially capacities)
Hart 15,000 thousand dollars (Individually OFFICIALLY capacities)
Morrison 15,000 thousand dollars (Individually OFFICIALLY capacities)
Allen 20,000 thousand dollars (Individually OFFICIALLY capacity)
Jones 15,000 thousand dollars (Individually OFFICIALLY capacities)
Angel Cruz 15,000 thousand dollars (Individually OFFICIALLY capacities)

JURY DEMAND    Yes ☑    No ☐

Signed this 12th day of Feburary, 2022.

*Quanell-Superier Jones*
(Signature of Plaintiff)

| Name of Plaintiff: Quanell-Superier Jones | Inmate Identification Number: #2105079 |
|---|---|
| Address: 301 N. Maxwell Rd Peoria IL 61604 | Telephone Number: N/A |

8

Hanna Copeland 10,000 thousand dollars (Individually OFFICIALLY capacities)
Patricia Eddleman 10,000 thousand dollars (Individually OFFICIALLY capacities)
Carrie Roe 10,000 thousand dollars (Individually OFFICIALLY capacities)
Jana Huxton 15,000 thousand dollars (Individually OFFICIALLY capacities)
Maddelozzo 15,000 thousand dollars (Individually OFFICIALLY capacities)
Ziegelien 10,000 thousand dollars (Individually OFFICIALLY capacities)
Anderson 10,000 thousand dollars (Individually OFFICIALLY capacities)
Munez 10,000 thousand dollars (Individually OFFICIALLY capacities)
Downing 10,000 thousand dollars (Individually OFFICIALLY CAPACITIES)
Croomer 10,000 thousand dollars (Individually OFFICIALLY capacities)
Blunting 10,000 thousand dollars (Individually OFFICIALLY capacities)
Strong 10,000 thousand dollars (Individually OFFICIALLY capacities)

Putative Damage 30,000
Compensatory Damage 50,000
Proof of Damage 20,000

Quanell-Superior: Jones
301 N. Maxwell Rd
Peoria IL 61604

Federal Court House
100 N.E Monroe
Peoria IL 61602

Legal Mail